IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILKES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHIEF MAGNUS, RICHMOND POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. C 12-0090 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br><br><br>(Doc. No. 43) |

　　　Plaintiff, a California state prisoner proceeding *pro se*, filed an amended civil rights action under 42 U.S.C. § 1983. Defendants filed a motion to dismiss. (Doc. No. 34.) Plaintiff has filed a motion requesting an extension of time to file an opposition. (Doc. # 43.) Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition to Defendants' motion to dismiss **no later than twenty-eight (28) days** from the filing date of this order. Defendants' reply shall be filed fourteen (14) days thereafter.

　　　IT IS SO ORDERED.

DATED: 2/5/13

　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Extension of Time to File Opposition
G:\PRO-SE\SJ.LHK\CR.12\Wilkes090eot-opp.wpd