1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

DAVID WILKES,                          )      No. C 12-0090 LHK (PR)
                                       )
12          Plaintiff,                 )      ORDER GRANTING MOTION
                                       )      FOR EXTENSION OF TIME TO
13     v.                              )      FILE OPPOSITION
                                       )
14   CHIEF MAGNUS, RICHMOND POLICE     )
     DEPARTMENT, et al.,               )
15                                     )
            Defendants.                )      (Doc. No. 43)
16   _____)

17          Plaintiff, a California state prisoner proceeding *pro se*, filed an amended civil rights

18   action under 42 U.S.C. § 1983.  Defendants filed a motion to dismiss.  (Doc. No. 34.)  Plaintiff

19   has filed a motion requesting an extension of time to file an opposition.  (Doc. # 43.)  Plaintiff's

20   motion is **GRANTED**.  Plaintiff shall file an opposition to Defendants' motion to dismiss **no**

21   **later than twenty-eight (28) days** from the filing date of this order.  Defendants' reply shall be

22   filed fourteen (14) days thereafter.

23          IT IS SO ORDERED.

24

25   DATED:  __2/5/13__                        *Lucy H. Koh*
                                               LUCY H. KOH
26                                             United States District Judge

27

28

Order Granting Extension of Time to File Opposition
G:\PRO-SE\SJ.LHK\CR.12\Wilkes090eot-opp.wpd